### Carlos Henry ALLEN, Movant–Appellant,

v.

### STATE of Missouri, Respondent.

### No. WD 40486.

Missouri Court of Appeals, Western District.

Nov. 1, 1988.

Melinda K. Pendergraph, Columbia, for movant-appellant.

William L. Webster, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

Before FENNER, P.J., and MANFORD and GAITAN, JJ.

### ORDER

PER CURIAM:

Direct appeal from the denial of post-conviction relief sought pursuant to Rule 27.-26.

Affirmed. Rule 30.25(b).